**STATE of Missouri, Respondent,**

v.

**Charles M. KING, Appellant.**

**No. WD 64105.**

Missouri Court of Appeals, Western District.

Aug. 2, 2005.

Craig A. Johnston, Columbia, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Before: SMART, P.J., HOLLIGER and HARDWICK, JJ.

**_ORDER_**

PER CURIAM.

Charles King appeals from his conviction for second-degree drug trafficking, Section 195.223, RSMo 2000. He contends the trial court erred in admitting evidence obtained pursuant to an unlawful search of his vehicle. Upon review of the record, we find no error and affirm the judgment. We have provided the parties with a Memorandum explaining the reasons for our

indicated.

decision, because a published opinion would have no precedential value.

AFFIRMED. Rule 30.25(b).